IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR OYOLA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRENDA TRITT, et al. | : | NO. 2:14-cv-3000 |
| | : | |

ORDER

AND NOW, this 10th day of February, 2015, upon careful and independent review of Petitioner Hector Oyola's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. No. 1), upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 8), and upon noting that no objections to the Report and Recommendation have been filed, it is hereby ORDERED that:

1. The Report and Recommendation (Doc. No. 8) is APPROVED and ADOPTED.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without an evidentiary hearing.

3. No certificate of appealability shall issue.

4. The Clerk of Court shall mark this matter CLOSED for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.